150 A.3d 403

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. K.M., DEFENDANT–PETI-TIONER. IN THE MATTER OF G.G., A MINOR–RESPONDENT.

JULY 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003662–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

150 A.3d 403

I.L., PLAINTIFF–RESPONDENT, v. C.Z. (A/K/A C.Z.R.L., Y.Y.W.), DEFENDANT–PETITIONER.

JULY 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003577–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.